**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Ivan SALCIDO–ORTEGA, Defendant–Appellant.**

No. 00–30137.

D.C. No. CR–99–00571–RSL.

United States Court of Appeals, Ninth Circuit.

Feb. 11, 2002 \*.

Decided Feb. 20, 2002.

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM \*\*

Carlos Ivan Salcido–Ortega appeals from his guilty plea conviction and sentence imposed for distribution of cocaine, in violation of 21 U.S.C § 841(a)(1), § 841(b)(1)(B), and § 841(b)(1)(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Salcido–Ortega's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Salcido–Ortega has not filed a pro se supplemental brief.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

**386**

Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues on direct appeal.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.